Decided November 23, 2004

STATE OF CONNECTICUT *v.* LINDA M. STEVENS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 85 Conn. App. 473 (AC 23839), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's judgment sentencing the defendant to seven years?"

The Supreme Court docket number is SC 17320.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in support of the petition.

*Jane E. Carroll,* special public defender, in opposition.

Decided November 23, 2004

WILLIAM A. MADSEN ET AL. *v.* MICHAEL G. GATES ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 85 Conn. App. 383 (AC 23917), is denied.

*Brian W. Prucker,* in support of the petition.

*Frank J. Szilagyi,* in opposition.